**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ricardo VARELA, also known as John Michael Reyes, Defendant–Appellant.**

**No. 03–41287**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, David Hill Peck, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E Dahlin, II, Federal Public Defender, H. Michael Sokolow, Darrell L. Bryan, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Ricardo Varela argues for the first time on appeal that the aggravated felony enhancement found in 8 U.S.C. § 1326(b) is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Varela concedes that his argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but he asserts that *Almendarez–Torres* has been called into doubt by *Apprendi* and he seeks to preserve the issue for possible Supreme Court review. We AFFIRM Valera's conviction and sentence. See *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.